**Order entered August 8, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00266-CV

**STEVE GRAY AND HAPPY ACCIDENTS, INC., Appellants**

**V.**

**BRYAN WARD, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-05277-2017**

## ORDER

Before the Court is appellants' August 6, 2018 motion to extend the time to file a reply brief. We **GRANT** the motion and extend the time to **September 4, 2018**.

/s/      CAROLYN WRIGHT
         CHIEF JUSTICE